# Court of Appeals
# of the State of Georgia

ATLANTA, February 13, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0797. HOBBS v. THE STATE.**

The appellant, William T. Hobbs, has filed a motion to withdraw his appeal and his affidavit in support thereof, pursuant to Court of Appeals Rule 41 (g) (2). The motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/13/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*